FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Vincent Burl Fisher<br>Defendant. | ED CR 08-120<br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

    (A)   ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

    (B)   ( )   Clear and convincing evidence that the defendant has violated

| | | | | |
|---|---|---|---|---|
| 1 | | | | any other condition of release; and |
| 2 | (2) | (A) | (✓) | Based on the factors set forth in 18 U.S.C. §3142(g), there is no |
| 3 | | | | condition or combination of conditions of release that will |
| 4 | | | | assure that the defendant will not flee or pose a danger to the |
| 5 | | | | safety or any other person or the community; or |
| 6 | | (B) | ( ) | The defendant is unlikely to abide by any condition or |
| 7 | | | | combination of conditions of release. |
| 8 | (3) | | ( ) | There is probable cause to believe that, while on release, the |
| 9 | | | | defendant committed a Federal, State, or local felony, and the |
| 10 | | | | presumption that no condition or combination of conditions |
| 11 | | | | will assure that the person will not pose a danger to the safety |
| 12 | | | | of any other person or the community has not been rebutted. |

OR

| | | | | |
|---|---|---|---|---|
| 14 | (4) | | ( ) | The court finds that there are conditions of release that will |
| 15 | | | | assure that the defendant will not flee or pose a danger to the |
| 16 | | | | safety any other person or the community, and that the |
| 17 | | | | defendant will abide by such conditions. <u>See</u> separate Order |
| 18 | | | | setting conditions. |
| 19 | | | ( ) | It is further ordered that this order is stayed for 72 hours in order |
| 20 | | | | to allow the Government to seek review from the assigned |
| 21 | | | | district judge or criminal duty district judge as appropriate. |
| 22 | /// | | | |
| 23 | /// | | | |
| 24 | /// | | | |
| 25 | /// | | | |
| 26 | /// | | | |
| 27 | /// | | | |
| 28 | /// | | | |

<u>OR</u>

C.

( )   IT IS ORDERED defendant be detained prior to trial.

DATED: October 29, 2008

_____
JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE